**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CR-22 (LAG)(ALS) |
| | : | |
| JOSE GUZMAN REYES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is Defendant Jose Guzman Reyes' Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 21). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for February 26, 2026, and March 9, 2026, respectively. (*Id.* at 1; Doc. 17).

On November 18, 2025, Defendant Jose Guzman Reyes was charged with one count of interstate travel with intent to engage in a sexual act with a minor, nine counts of production of child pornography, nine counts of distribution of child pornography, and one count of transfer of obscene material to a minor. (Doc. 1). Defendant made his initial appearance on January 28, 2026, pleaded not guilty, and was released on bond pending trial. (Docs. 12, 13, 16). On January 29, 2026, the Court scheduled Defendant's pretrial conference and trial for February 26, 2026 and March 9, 2026, respectively. (Doc. 17). Defendant filed the subject Motion on February 5, 2026. (Doc. 21). Therein, Defendant represents that Defense Counsel needs additional time to review the government's discovery, prepare a defense, investigate, research and fully discuss the Government's case in chief with Defendant (Doc. 21 at 2). The Government does not oppose Defendant's Motion. (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant

a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 21) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's January 29, 2026 Scheduling Order (Doc. 17) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 6th day of February, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2